**Frank REED, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27363.**

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the unlawful sale of intoxicating liquor in a dry area; the penalty assessed is a fine of $200.

The record contains no notice of appeal. In the absence thereof, this court is without jurisdiction to entertain the appeal. It is therefore dismissed.